FILED
U.S. DISTRICT COURT
SAVA...
2013 FEB 12 PM 12: 47
CLERK B. West
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| FRANKLIN L. WILLIAMS,         )<br>                               )<br>        Petitioner,           )<br>                               )<br> v.                            )<br>                               )<br> UNITED STATES OF AMERICA,     )<br> RICHARD M. DARDEN,            )<br>                               )<br>        Respondents.          )<br>                               ) | CASE NOS. CV513-008<br>          CR506-014 |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 2), to which objections have been filed (Doc. 4). After a careful de novo review of the record in this case, the Court finds Petitioner's objections without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case, and Petitioner's § 2255 Petition is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in certain matters unless the Court issues a certificate of appealability. This certificate may issue only if Petitioner has made a substantial showing of the denial of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 484 (2000). After careful consideration, the Court finds no issues in this case that merit a Certificate

of Appealability. As a result, any request for leave to appeal in forma pauperis must be **DISMISSED AS MOOT**.

SO ORDERED this 12th day of February 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA